CHAPMAN and others, appellants, *v.* HAMMERSLEY and others, respondents, 4 Wend. 173.

### Dismissal of Appeal.

IN this case the court held that an appeal did not lie from an order of the Chancellor directing the sale of property, the subject of contest between the parties litigant, and ordering the money to be brought into court to abide the final order to be made upon the rights of the parties, such order relating only to the preservation of the property, and not affecting the merits of the cause.

Appeal dismissed with costs.